Thomas D. Leland
Thomas.Leland@hklaw.com
Utah Bar No. 15953
*Attorney for Defendants Midland Credit*
*Management and Midland Funding, LLC*
Holland Knight LLP
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: 303.974.6660

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| NICOLE K. GUNTHER, on behalf of Plaintiff and proposed Class,<br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. and MIDLAND FUNDING, LLC,<br><br>    Defendants. | CASE NO. 2:17-cv-00704-CW<br><br>PROPOSED CLASS ACTION<br><br>NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT BASED ON FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331 AND 1441 |

Defendants, MIDLAND CREDIT MANAGEMENT, INC. ("MCM") and MIDLAND FUNDING LLC ("Midland")(collectively "Defendants") hereby file this Notice of Removal, pursuant to 28 U.S.C. §§ 1331 and 1441, and remove to the United States District Court for the District of Utah, the cause of action currently pending in Third Judicial Circuit in and for Salt Lake County, Utah, styled *Nicole K. Gunther, on behalf of Gunther and Class, v. Midland Credit Management, Inc. and Midland Funding LLC*, Case No. 170903396, on the following grounds:

   1.   This Notice of Removal is founded and based upon a federal question pursuant to 28 U.S.C. §§ 1331 and 1441.  Plaintiff, Nicole K. Gunther ("Plaintiff"), originally filed this

civil action on or about May 25, 2017, in County Court in the Third Judicial Circuit in and for Salt Lake County, Utah. Plaintiff is seeking alleged monetary damages from the Defendants as well as certain purported declaratory and injunctive relief. As required by 28 U.S.C. § 1446(a), a copy of the process, pleadings, orders and other documents presently contained in the state court file and available for copying are attached to this Notice as Composite Exhibit "A."

**A.  CONSENT TO REMOVAL**

    2.    MCM and Midland are the only named Defendants.

**B.  TIMELINESS OF REMOVAL**

    3.    MCM and Midland were served on June 8, 2017. Accordingly, this Notice of Removal is timely filed within thirty (30) days of the date of service of the Amended Complaint pursuant to 28 U.S.C. § 1446(b).

**C.  THE VENUE REQUIREMENT IS MET**

    4.    Venue of this removal is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state-court action is pending. *See* Local R. 1.02(b)(4).

**D.  FEDERAL QUESTION AT ISSUE**

    5.    Plaintiff alleges purported claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (*See* Compl. ¶¶ 38 - 41) and the Utah Consumer Sales Practice Act § 13-11-2 (2) and (6) (*See* Compl. ¶¶ 43 - 46).

    6.    Plaintiff's Complaint is removable to the United States District Court for the District of Utah because the Complaint presents a federal question. Specifically, 28 U.S.C. §

1331 provides that "district courts shall have original jurisdiction over all civil actions arising under the Constitution, laws, or treaties of the United States." *See* 28 U.S.C. § 1331. Plaintiff's claims provide the basis for this Court's jurisdiction under the laws of the United States. In addition, this Court has supplemental jurisdiction over the claims raised under the Utah Consumer Sales Practice Act pursuant to 28 U.S.C. § 1367(a). Accordingly, Defendants are entitled to remove this action in accordance with 28 U.S.C. § 1441(a).

E. **NOTICE TO PARTIES AND TO THE CIRCUIT COURT**

7. Written notice of the filing of this Notice of Removal is being served on Plaintiff, and a copy of this Notice of Removal is being filed with the Clerk of the Third Judicial Circuit in and for Salt Lake County, Utah, in compliance with 28 U.S.C. 1446(d).

WHEREFORE, Defendants request that the above-styled action now pending against them in the Third Judicial Circuit in and for Salt Lake County, Utah, be removed to this Court.

Dated: June 28, 2017

Respectfully submitted,

By: /s/ *Thomas D. Leland*
Thomas D. Leland
Utah Bar No. 15953
Holland Knight LLP
1801 California Street, Suite 5000
Denver, CO 80202
Telephone: 303.974.6660
Thomas.Leland@hklaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2017, I served the foregoing via email to the following:

Tyler B. Ayres, Esq.
Daniel Baczynski, Esq.
Ayres Law Firm
12339 S. 800 E. Ste. 101
Draper, Ut 84020
Tyler@ayreslawfirm.com
daniel.ayreslaw@gmail.com

                                                     /s/ *Thomas D. Leland*
                                                      Thomas D. Leland